UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JENNIFER TOM,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>        Defendant. | Case No.  19-cv-06322-JST   (RMI)<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 74, 77, 78 |

Now pending before the court are a series of filings (dkts. 74, 77, 78) through which the Parties present a dispute about the propriety and timing for depositions of Plaintiff's mother and sister (*see* dkt. 74 at 3 n.2), as well as "Plaintiff['s] request for Defendant to provide information and documents on SPIKE aka answer SSA's 800 number, number of journeyman level Benefit Authorizes who do not SPIKE aka answer SSA's 800 number, and Plaintiff[']s full WebTA leave record." (*see* dkt. 77 at 2). In turn, Plaintiff and Defendant each contend that the other refused to effectively meet and confer and participate in the preparation of a joint letter brief. (*see* dkt. 74 at 2 n.1; *see also* dkt. 77 at 1-2). Further, Defendant contends that Plaintiff's concerns regarding Web TA and SPIKE are new issues about which the Parties have not yet engaged in a meet and confer session, and that the issues may possibly be resolved without the need for court intervention (*see* dkt. 78 at 2-3).

Accordingly, the Parties are **ORDERED** to meet and confer forthwith in a good-faith effort to resolve or narrow the issues. If any issues remain in dispute, the Parties are **ORDERED** to prepare and file a *joint* letter brief (not to exceed 5 pages in total) no later than 12:00 noon on Monday, April 5, 2021, setting forth any remaining issues; on the other hand, if the Parties resolve

1  all outstanding issues amicably, the Parties shall file a joint notice to that effect by Monday April

2  5, 2021. Thereafter, unless all issues are resolved, the court will decide whether a hearing will be

3  necessary or whether the matter is suitable for disposition without a hearing or oral argument.

4        It is **FURTHER ORDERED** that, due to the short time-frame set forth herein, counsel for

5  Defendant shall promptly serve this Order on Plaintiff via electronic mail pursuant to the Parties'

6  agreement (*see* dkts. 71, 75, 79).

7        **IT IS SO ORDERED.**

8  Dated: March 31, 2021

                                    ROBERT M. ILLMAN
                                    United States Magistrate Judge