UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TOM,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 19-cv-06322-JST<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ACCEPT LATE FILING**<br><br>Re: ECF No. 119 |

Plaintiff Jennifer Tom, who represents herself in these proceedings, filed her opposition to Defendant Kilolo Kijakazi's motion for summary judgment one day late and two pages over the page limit. She requests that the Court accept her filing despite these deficiencies. ECF No. 119. The Court grants Tom's request and will consider the substance of her opposition when reviewing Kijakazi's motion.

**IT IS SO ORDERED.**

Dated: December 2, 2021



JON S. TIGAR
United States District Judge